No. 86–39. BURLINGTON NORTHERN RAILROAD CO. ET AL. *v.* BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES ET AL. C. A. 7th Cir. Certiorari granted.

No. 86–44. SHEARSON/AMERICAN EXPRESS INC. ET AL. *v.* MC-MAHON ET AL. C. A. 2d Cir. Certiorari granted.

No. 86–80. NEW YORK *v.* BURGER. Ct. App. N. Y. Certiorari granted.

No. 86–104. BOARD OF AIRPORT COMMISSIONERS OF THE CITY OF LOS ANGELES ET AL. *v.* JEWS FOR JESUS, INC., ET AL. C. A. 9th Cir. Certiorari granted.

No. 85–1973. POPE ET AL. *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari granted limited to Question 2 presented by the petition.

No. 85–2099. PENNSYLVANIA *v.* FINLEY. Super. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 86–6. RICKETTS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* ADAMSON. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 85–2156. SHAARE TEFILA CONGREGATION ET AL. *v.* COBB ET AL. C. A. 4th Cir. Motion of Anti-Defamation League of B'nai B'rith et al. for leave to file a brief as *amici curiae* granted. Motion of respondent Michael David Remer for leave to proceed *in forma pauperis* granted. Certiorari granted and case set for oral argument in tandem with No. 85–2169, *St. Francis College* v. *Al-Khazraji,* immediately *infra.*

No. 85–2169. SAINT FRANCIS COLLEGE ET AL. *v.* AL-KHAZRAJI, AKA ALLAN. C. A. 3d Cir. Certiorari granted limited to Questions 1 and 2 presented by the petition and case set for oral argument in tandem with No. 85–2156, *Shaare Tefila Congregation* v. *Cobb,* immediately *supra.*